10 NOV 19 PH 12: 06

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2009 Grand Jury

10CR 4642    BEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. _____ |
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 18, U.S.C., Sec. 1341 - |
| MICHAEL P. KLENTSCHY, | ) | Mail Fraud; Title 18 U.S.C., |
| | ) | Sec. 1343 - Wire Fraud; Title 18, |
| Defendant. | ) | U.S.C., Sec. 981(a)(1)(C), and |
| | ) | Title 28 U.S.C., Sec. 2461(c) - |
| | ) | Criminal Forfeiture |
| | ) | |
| | ) | |
| | ) | |

The grand jury charges:

**INTRODUCTORY ALLEGATIONS**

1.   At all times relevant to this Indictment, defendant MICHAEL P. KLENTSCHY, who was the Superintendent of the El Centro Elementary School District ("ECESD") from 1994 until 2007, had significant experience in and involvement with the use and administration of federal and state grant money.

//
//
//
//

LAC:nmc:Imperial
11/18/10

CR

1 8M

2.    At all times relevant to this Indictment, the National Science Foundation ("NSF") was a federal government agency responsible for promoting science and engineering through research programs and education.  The NSF awarded grant money to specific research projects.

3.    The Academic Achievement and Teacher Development in Science ("AATDS") was a $5.4 million NSF grant awarded to and sponsored by the Tennessee State University ("TSU") from in or about September 2001 until in or about 2008.  One of the purposes of the AATDS grant was to compare two elementary school research sites – one in Nashville, Tennessee and the other in Imperial Valley, California.  At all times relevant to this Indictment, the head of the California research site was defendant MICHAEL P. KLENTSCHY.

## Counts 1-8

## 18 U.S.C. § 1341

## Mail Fraud

4.    Paragraphs 1 through 3 of the Introductory Allegations section of this Indictment are realleged and incorporated by reference as though fully set forth herein.

5.    Beginning on a date unknown to the grand jury and continuing up to and including February 2008, within the Southern District of California, and elsewhere, defendant MICHAEL P. KLENTSCHY did knowingly devise and intend to devise a material scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and omission of material facts.

6.    It was a part of the scheme to defraud that defendant MICHAEL P. KLENTSCHY fraudulently sought and obtained multiple reimbursements from several sources for the identical travel expenses

2

incurred in connection with his own business travel and for the business travel of other individuals. In each such instance, defendant MICHAEL P. KLENTSCHY sought and obtained reimbursement from the El Centro Elementary School District and from at least one other source.

7. It was further a part of the scheme to defraud that defendant MICHAEL P. KLENTSCHY provided duplicates of the same receipt and receipts to two or more different reimbursement sources.

8. It was further a part of the scheme to defraud that defendant MICHAEL P. KLENTSCHY arranged for other individuals to secure duplicate travel reimbursement checks. Defendant MICHAEL P. KLENTSCHY instructed those other individuals working with and for him to cash the duplicate travel reimbursement checks and to provide KLENTSCHY with the cash from such reimbursements.

9. On or about the dates set forth below, within the Southern District of California, defendant MICHAEL P. KLENTSCHY, for the purpose of executing the above-described material scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises and by intentional concealment and omission of material facts, caused to be sent and delivered by the United States Postal Service, the mail matter described below:

| Count | Date | Item |
|-------|------|------|
| 1 | 1/09/2006 | TSU Check No. 625897 to Michael Klentschy for $639.91 |
| 2 | 2/09/2006 | TSU Check No. 627864 to Michael Klentschy for $690.94 |
| 3 | 9/27/2006 | TSU Check No. 639892 to Michael Klentschy for $362.06 |

|   |   |   |   |
|---|---|---|---|
| 4 | 10/12/2006 | TSU Check No. 640929 to Michael Klentschy for $1060.26 | |
| 5 | 11/07/2006 | TSU Check No. 642472 to Michael Klentschy for $688.58 | |
| 6 | 05/10/2007 | TSU Check No. 651604 to Michael Klentschy for $879.72 | |
| 7 | 06/20/2007 | TSU Check No. 653735 to Michael Klentschy for $1370.40 | |
| 8 | 11/05/2007 | TSU Check No. 30336546 to Michael Klentschy for $784.56 | |

All in violation of Title 18, United States Code, Section 1341.

## Counts 9-32

### 18 U.S.C. § 1343

### Wire Fraud

10. Paragraphs 1 through 3 of the Introductory Allegations section of this Indictment are realleged and incorporated by reference as though fully set forth herein.

11. Beginning on a date unknown to the grand jury and continuing up to and including February 2008, in the Southern District of California, and elsewhere, defendant MICHAEL P. KLENTSCHY did knowingly devise and intend to devise a material scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises and by intentional concealment and omission of material facts.

12. It was part of the scheme to defraud that defendant MICHAEL P. KLENTSCHY generated false and fraudulent data that was prepared using AATDS grant funds and which data related to elementary school student science test results for 2004 and 2005 for the following school districts in Imperial County, California: El Centro, Holtsville, Westmorland, Calexico and Imperial.

4

13.   It was further a part of the scheme to defraud that defendant MICHAEL P. KLENTSCHY falsely reported favorable results in Imperial County on standardized testing for Physical Sciences for certain elementary school students and claimed that such results supported his own "special" kit based or "scaffold guided inquiry" ("SGI") teaching methodology for elementary school science.

14.   It was further a part of the scheme to defraud that, due to the purportedly favorable testing results in Imperial County, defendant MICHAEL P. KLENTSCHY, and others, sought and received additional grant monies to  attempt to replicate, at a location in Raleigh, North Carolina, those purportedly favorable results.

15.   It was further a part of the scheme to defraud that defendant MICHAEL P. KLENTSCHY falsified his research design, protocols, and purported "control group" of students.

16.   It was further a part of the scheme to defraud that defendant MICHAEL P. KLENTSCHY reported his falsified and fraudulent data to the TSU personnel with financial and other oversight responsibility for the AATDS grant.

17.   It was further a part of the scheme that defendant MICHAEL P. KLENTSCHY repeatedly concealed from other researchers on the AATDS grant the student testing data from 2006 and 2007 that he claimed would validate the data that he, in fact, falsified from 2004 and 2005.

18.   It was further a part of the scheme that defendant MICHAEL P. KLENTSCHY prepared and submitted falsified information on employment applications to TSU to pay AATDS grant funds to friends and relatives for work they were allegedly to perform on the AATDS grant.

//

19.   It was further a part of the scheme that defendant MICHAEL P. KLENTSCHY prepared and submitted falsified time cards for at least two of the family friends, HJ and YC, for work that they allegedly performed on the 2006-2007 student testing data under the AATDS grant.

20.   It was further a part of the scheme that defendant MICHAEL P. KLENTSCHY fabricated results for students who did not even take the relevant test, and changed scores for students who did take the test.

21.   On or about the dates set forth below, within the Southern District of California, and elsewhere, defendant MICHAEL P. KLENTSCHY, for the purpose of executing the above-described material scheme to defraud and to obtain money and property by materially false and fraudulent pretenses, representations and promises, knowingly transmitted and caused to be transmitted, in interstate commerce, by means of wire communications, the writings, signs, signals, pictures, and sounds set forth below:

| Count | Date | Communication |
| --- | --- | --- |
| 9 | 01/31/06 | $1,631.32 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 10 | 02/28/06 | $1,709.08 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 11 | 03/31/06 | $1,709.08 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 12 | 04/28/06 | $1,709.08 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |

| | | | |
|---|---|---|---|
| 13 | 05/31/06 | $1,709.08 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 14 | 06/30/06 | $1,709.08 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 15 | 08/31/06 | $1,709.08 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 16 | 09/29/06 | $1,709.08 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 17 | 10/31/06 | $2,675.95 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 18 | 11/30/06 | $2,675.95 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 19 | 12/21/06 | $2,675.95 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 20 | 01/31/2007 | $3,451.33 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 21 | 02/28/2007 | $2,484.46 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |

//

| | | | |
|---|---|---|---|
| 22 | 03/30/2007 | $2,484.46 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 23 | 04/30/2007 | $2,484.46 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 24 | 05/31/2007 | $2,484.46 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 25 | 06/29/2007 | $2,484.46 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 26 | 07/31/2007 | $1,414.21 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 27 | 08/31/2007 | $2,484.46 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 28 | 09/28/2007 | $2,484.46 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 29 | 10/31/2007 | $2,484.46 wire transfer by Regions Bank in Nashville, TN to Bank of America, Acct. No. Ending 0828 - Michael Klentschy (El Centro, California) |
| 30 | 5/9/2006 | Employment application for HJ submitted by Michael Klentschy in El Centro, California submitted electronically to TSU in Nashville, TN via https://jobs.tnstate.edu |

//

8

| 31 | 8/16/2006 | Employment application for YC submitted by Michael Klentschy in El Centro, California submitted electronically to TSU in Nashville, TN via https://jobs.tnstate.edu |
| 32 | 11/13/2007 | Facsimile from Michael P. Klentschy in El Centro, CA to TSU in Nashville, TN of TSU time certification for YC |

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE ALLEGATIONS

22.  The allegations contained above are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

23.  Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1341 and 1343 set forth in Counts 1 through 32 of this Indictment, the defendant MICHAEL P. KLENTSCHY shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from, proceeds traceable to the offenses.

24.  If any of the property described above, as a result of any act or omission of the defendant:

        a.  cannot be located upon the exercise of due diligence;

        b.  has been transferred or sold to, or deposited with, a third party;

        c.  has been placed beyond the jurisdiction of the court;

        d.  has been substantially diminished in value; or

        e.  has been commingled with other property which cannot be divided without difficulty,

1   the United States of America shall be entitled to forfeiture of

2   substitute property pursuant to Title 21, United States Code,

3   Section 853(p), as incorporated by Title 18, United States Code,

4   Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

5       All pursuant to Title 18, United States Code,

6   Section 981(a)(1)(C), and Title 28, United States Code,

7   Section 2461(c).

8       Dated: November 19, 2010.

9                                       A TRUE BILL:

10

11   _____
                                        Foreperson

12

13   LAURA E. DUFFY
     United States Attorney

14

15   By: _____

16       LAWRENCE A. CASPER
         Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28